1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERALD LYNN RANDALL,                    No.  2:15-cv-1711-EFB P

12              Plaintiff,

13        v.                                 ORDER

14   E. ARNOLD, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C.

20   § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

21        On August 18, 2016, the court screened plaintiff's complaint pursuant to 28 U.S.C.

22   § 1915A.  The court dismissed plaintiff's complaint for failure to state a claim, explained the

23   deficiencies in the complaint and granted plaintiff thirty days in which file an amended complaint

24   to cure the deficiencies.  ECF No. 11.  The order warned plaintiff that failure to comply would

25   result in this action being dismissed.  The time for acting has passed and plaintiff has not filed an

26   amended complaint, or otherwise responded to the court's order.

27   /////

28   /////

1

1    A party's failure to comply with any order or with the Local Rules "may be grounds for

2    imposition by the Court of any and all sanctions authorized by statute or Rule or within the

3    inherent power of the Court." E.D. Cal. Local Rule 110. The court may dismiss an action with or

4    without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v.*

5    *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

6    dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

7    complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

8    1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

9    regarding notice of change of address affirmed).

10    Accordingly, it is hereby ORDERED that this action is DISMISSED for failure to

11    prosecute. Fed. R. Civ. P. 41(b); E. D. Cal. L.R. 110.

12    Dated: October 4, 2016.

14    EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE